IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA MOORE,                                    :
                                                  :
                    Plaintiff,                    :
                                                  :
        v.                                        :    3:18-CV-1992
                                                  :    (JUDGE MARIANI)
SYNCHRONY BANK, et al.,                           :
                                                  :
                    Defendants.                   :

## ORDER

AND NOW, THIS _6th_ DAY OF NOVEMBER, 2018, upon consideration of

Defendants' Motion to Compel Arbitration and to Stay the Action (Doc. 9), and Plaintiff's

concurrence therein, **IT IS HEREBY ORDERED THAT** Defendants' Motion (Doc. 9) is

**GRANTED AS FOLLOWS:**

1. Plaintiff shall submit her claims to arbitration pursuant to the terms of the account

   Agreements between the parties.

2. The above-captioned action is **STAYED** pending completion of arbitration.

3. The parties shall file a joint letter on or before **February 4, 2019**, updating the Court

   on the status of the arbitration proceedings and shall do so every **90 days** thereafter

   until the arbitration has been completed or the action otherwise resolved.

_____
Robert D. Mariani
United States District Judge